(122 So. 917)

### G. M. EDMONDS v. Susie T. SCHREIBER. (6 Div. 306.)

Supreme Court of Alabama. May 9, 1929.

Rehearing Denied May 30, 1929.

C. E. Wilder, of Birmingham, for appellant.

Drennen & Burns, of Birmingham, for appellees.

THOMAS, J. Affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.